**Order filed July 19, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00476-CV
_____

**MEMORIAL HERMANN HEALTH SYSTEM INDIVIDUALLY AND D/B/A MEMORIAL HERMANN-KATY HOSPITAL, ET AL, Appellants**

**V.**

**DONNIE HEINZEN, Appellee**

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-33241**

## ORDER

This is an accelerated appeal from an order signed May 17, 2018. Each of the three sets of appellants timely filed a notice of appeal on June 6, 2018. The reporter's record was due by June 18, 2018. *See* Tex. R. App. P. 35.1(b).

On June 19, 2018, Jennifer Gajevsky, the official court reporter, notified this court that no arrangements had been made to pay for the reporter's record. On July 2, 2018, Mary Wagner, counsel for Memorial Hermann Health System, notified this

court that although she had timely requested the reporter's record and inquired about payment procedures, she did not learn until June 29, 2018, that Gavjesky was out on maternity leave. Wagner stated a substitute court reporter contacted her on July 2, 2018, and told her an invoice would be provided by the next day.

We have not received the reporter's record or a request for an extension of time to file the record. Accordingly, we order the court reporter responsible for preparing the reporter's record in this appeal to file the record by **July 30, 2018**.

The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If the record is not timely filed, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM